

EOD
10/04/2019

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | |
|---|---|
| IN RE:  MIKE and SANDRA AHLERS | CASE NO. 19-50152 |
| DEBTORS | CHAPTER 13 |

### ORDER ON DEBTORS' MOTION TO EXTEND TIME FOR FILING DOCUMENTS, STATEMENTS, SCHEDULES, AND CHAPTER 13 PLAN

On this day came on the Motion to Extend Time for filing documents, statements, schedules, and Chap 13 Plan.

The Court finds that good cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the Motion, filed by the Debtors, by and through their attorney of record, is granted and the time for filing all documents, statements, schedules, and Chap 13 Plan is extended to Oct. 15, 2019.

SO ORDERED.

Signed on 10/4/2019

_Brenda T. Rhoades_   MD
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE