# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

**IN RE: MIKE and SONDRA AHLERS**           **CASE NO. 07-50039**
       **DEBTORS**                                                      **CHAPTER 13**

### DEBTORS' MOTION TO DISMISS CHAPTER 13 CASE

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN RESPONSE IS FILED WITH CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH REQUESTS FOR HEARING. THE COURT WILL THEREAFTER SET A HEARING. IF NO RESPONSE IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

**TO THE HONORABLE JUDGE OF SAID COURT:**

      COME NOW the Debtors by and through their attorney, Rodney McDaniel, and for their MOTION TO DISMISS CHAPTER 13 CASE would show the Court as follows:

      1. After filing, the Debtors have determined that it would be in their best interests to dismiss their Chapter 13 case. Mr Ahlers has lost his employment and Debtors are not able to stay current on plan payments.

      2. The Debtors would show the Court that they are entitled, under the U.S. Bankruptcy Code Sect.1307, to dismiss this Chapter 13 case. This case has not been previously converted from another Chapter.

      3. The Debtors would show the Court that no Creditor will be prejudiced by this dismissal.

      WHEREFORE, the Debtors, respectfully move that this case be dismissed.

      Dated: 9/29/20

Respectfully submitted,

/s/ Rodney McDaniel
Rodney McDaniel
Texas Bar No. 13522500
Arkansas Bar No. 75089
4503 Texas Blvd., Suite C
Texarkana, TX 75503
(870)772-7711
Fax (870)772-2531

## Certificate of Service

I, Rodney McDaniel, hereby certify that a true and correct copy of the above mentioned Motion To Dismiss has been served on the Chapter 13 Trustee by electronic noticing, and all interested creditors on the attached mailing matrix by US Mail or by electronic mail on this 29th day of Sept. 2020m.

/s/ Rodney McDaniel
Rodney McDaniel