
EOD
10/20/2020

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS

IN RE: MIKE and SONDRA AHLERS          CASE NO. 19-50152
      DEBTORS                                      CHAPTER 13

## ORDER DISMISSING CHAPTER 13 CASE

On this day come on for hearing the Motion of the Debtors to Dismiss their Chapter 13 case.

The Court finds that the Debtors are entitled to Dismiss their case and said Motion is hereby Granted.

IT IS THEREFORE ORDERED that the above referenced case is hereby Dismissed.

SO ORDERED.

          Signed on 10/20/2020

*Brenda T. Rhoades*    SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE